IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| OSIRIS TALABA SANTANA | CASE NO: 24-02128 MCF |
| DEBTOR | CHAPTER: 13 |
| BANCO POPULAR DE PUERTO RICO | |
| MOVANT | Lift of Automatic Stay for Cause under |
| VS. | 11 USC §362 (d) (1) |
| OSIRIS TALABA SANTANA | |
| JOSE R. CARRION MORALES, TRUSTEE | |
| RESPONDENTS | |

MOTION FOR RELIEF OF THE AUTOMATIC STAY UNDER 11 USC §362

TO THE HONORABLE COURT:

Comes now secured creditor, Banco Popular de Puerto Rico, through the undersigned counsel who respectfully alleges and prays as follows:

1. This Honorable Court has jurisdiction over the present controversy pursuant to 28 U.S.C., §157, 1334 and 11 U.S.C., §362.

2. Debtor owes Creditor a claim of $106,486.69 as debtor in a loan mortgage agreement – Claim #3. The loan is guaranteed with real property located at URB SANTA JUANITA, W-1 PENSACOLA ST., BAYAMON, PR 00956, which belongs to the debtor.

3. Debtor's payment plan indicates that the debtor is obliged to maintain regular post-petition payments directly to the creditor.

4. Debtor has not complied with the terms of said payment plan. As of the filing date of this motion, the debtor has fallen behind on regular post-petition payments to the Creditor, resulting in a total arrearage of $3,735.49**,** which includes $2,165.49 in post-petition payments (the equivalent of 3.0 months), and $1,570.00 for legal fees & costs. This post-petition arrearage will continue to increase as payments become due. Debtor also has not provided adequate assurance to

Creditor of his or her ability to comply with the Plan, which Debtor has breached.

5. Attached to this motion is a Statement of Account regarding the loan agreement.

6. Debtor's next due date payment for the loan agreement is December 2025.

7. Debtor's failure to comply with regular direct post-petition payments to the Creditor as stated in the confirmed payment plan constitutes cause for the lifting of the automatic stay in favor of the movant.

8. Debtor is not on active military duty as evidenced by the Declarations of Servicemen's Civil Relief Act of 2003, which accompanies this motion.

9. Movant wishes to underscore that the amount claimed in post petition arrears in the instant motion is the amount owed on a specific date that is specified in the attached statement of account. Meanwhile, the loan obligation continues in force. Therefore, unless the debtor makes payments of the amounts that become due in the future, the amount of arrears owed to movant will inevitably increase.

WHEREFORE, Creditor respectfully requests from the Honorable Court to authorize the lifting of the automatic stay in favor of Creditor.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 25th day of November 2025.

NOTICE IS HEREBY GIVEN THAT IF NO WRITTEN REPLY OR OPPOSITION IS FILED AND SERVED WITHIN FOURTEEN (14) DAYS FROM DATE OF ISSUANCE OF SUMMONS, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT HEREIN.

CERTIFICATE OF SERVICE

I hereby certify that on the same date above I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: the debtor's attorney Roberto Figueroa Carrasquillo (rfc@rfigueroalaw.com) and the Chapter 13 Trustee Jose R. Carrion Morales (claims@ch13-pr.com).

<u>/s/ Juan C. Fortuño Fas</u>
JUAN C. FORTUÑO FAS
USDCPR 211913

COUNSEL FOR CREDITOR
P.O. BOX 3908
GUAYNABO, PR 00970
TEL: [787] 751-5290
FAX: [787] 751-6155
E-MAIL: bkfilings@fortuno-law.com

## STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| *DEBTOR:* | Osiris Talaba Santana | *BPPR NUM:* | XXXXXX7415 |
| *BANKRUPTCY NUM:* | 24-02128 | *FILING DATE:* | 05/21/24 |

### *SECURED LIEN ON REAL PROPERTY*

| | | | | | | |
|---|---|---|---|---|---|---|
| Principal Balance as of | | 06/01/24 | | | | 105,460.80 |
| Accrued Interest from | | 05/01/24 | to | 05/21/24 | | 288.93 |
| Interest: | 5.000% | Accrued num. of days: | 20 | Per Diem: | 14.446685 | |

**Monthly payment to escrow**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | | |
| A&H | $0.00 | Life | $0.00 | Escrow Advance | $0.00 | | |
| **Total montly escrow** | | | $0.00 | Months in arrears | 3 | Escrow in arrears | 0.00 |
| | | | | | | Accrued Late Charge: | 25.09 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $65.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 65.00 |
| Other | $0.00 | | | | | |
| Legal Fees: | | | | | | 950.00 |
| Less Total Funds on Hand | | | | | | 0.00 |
| **Total Estimate due as of** | | 05/21/24 | | | | 106,789.82 |

### *AMOUNT IN ARREARS*

**PRE-PETITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 0 | payments of | $721.83 | each one | 0.00 |
| | payments of | | each one | |
| | accumulated late charges | | | 25.09 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $65.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 65.00 |
| Other | $0.00 | | | | | |
| Legal Fees: | | | | | | 950.00 |
| | | | | **A = TOTAL PRE-PETITION AMOUNT** | | 1,040.09 |

**POST-PETITION AMENDED:**

| | | | | |
|---|---|---|---|---|
| 0 | payments of | $721.83 | each one | 0.00 |
| | Late Charge | | | 0.00 |
| | Post Petition Legal Fees | | | 0.00 |
| | | | **B = TOTAL POST-PETITION AMOUNT** | 0.00 |

**POST-PETITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 3 | payments of | $721.83 | each one | 2,165.49 |
| 0 | payments of | $0.00 | each one | 0.00 |
| 0 | plan partial payments | $0.00 | each one | 0.00 |
| | Late Charge | | | 0.00 |
| | Post Petition Legal Fees | $1,549.00 | | 1,549.00 |
| | LM Tittle Search | | | 0.00 |
| | Broker Price Opinion | | | 0.00 |
| | | | **C = TOTAL POST-PETITION AMOUNT** | 3,714.49 |
| | | | TOTAL AMOUNT IN ARREARS | 4,754.58 |

### *OTHER INFORMATION*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Next pymt due | 06/01/24 | Interest rate | 5.000% | P & I | $627.24 | Monthly late charge | $25.09 |
| Investor | BANCO POPULAR DE PUERTO RICO | Property address | URB. SANTA JUANITA W1 CALLE PENSACOLA BAYAMON PR 00956 | | | | |

**The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.**

**BANCO POPULAR DE PUERTO RICO**

**11/13/25**
**DATE**

SACCTFHA **Gerardo Caceres**

Department of Defense Manpower Data Center

Results as of : Nov-25-2025 02:08:47 PM EST

SCRA 5.27

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-8682
Birth Date:
Last Name: TALABA SANTANA
First Name: OSIRIS
Middle Name:
Status As Of: Nov-25-2025
Certificate ID: Q65VHS41FW04PQY

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.