**IN THE UNITED STATES BANKRUPTCY COURT**
**OR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>**OSIRIS TALABA SANTANA**<br>xxx-xx-8682<br>Debtor(s) | CASE NO. 24-02128 (MCF) |
| FIRSTBANK PUERTO RICO<br>Movant<br><br>**OSIRIS TALABA SANTANA**<br>Debtor (s)<br><br>**JOSE RAMON CARRION MORALES**<br>Chapter 13 Trustee<br>Respondents | Chapter 13 |

**MOTION FOR RELIEF OF STAY**

TO THE HONORABLE COURT:

Comes now **FIRSTBANK PUERTO RICO** ("Movant") through its undersigned counsel and respectfully alleges and prays:

**I. INTRODUCTION**

1. That this Honorable Court has jurisdiction to entertain the instant contested matter pursuant to 11 USC §362, 28 USC §157 et seq., and Rules 7000 and 9014.

2. On May 21st, 2024, the Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, which operates as a stay, applicable to all entities, of… (2) Any act to create, perfect, or enforced any lien against property of the estate… (6) To collect, assess, or recover a claim against the Debtor that arose before the commencement of the case under this title… 11 USC §301 and 11 USC §362.

3. On May 29th, 2024, Movant filed Proof of Claim in the amount of $37,304.96 for a personal property lease of 2020 RAM 1500 C, VIN Number 1C6RR6LG4LS117346 (account no. 4071). ***See Claims Register No. 1-1.***

4. FirstBank is the lessor to personal property, as described above, and both automobiles are duly registered at the Department of Transportation of Puerto Rico on its behalf. See Claim no. 1-1.

5. Chapter 13 Plan dated August 15th, 2024, Part 6.1, Debtor assumed Unexpired Lease Agreement and proposed to maintain direct payments with FirstBank. (ECF No. 17)

6. According to the referral made by Movant's Bankruptcy Operational Section, March 31st, 2026, the Debtor owes **$25,799.80**, as Lease Agreement expired on February 15th, 2026. Therefore, **the Debtor owes $25,998.80 considering filing fees**. ***Refer to the Statement of Amount Due under Attachment A***.

7. These arrears constitute default under the terms of the proposed plan. It is a default which provokes an unreasonable delay and prejudice for the Movant that constitutes cause for the relief of the automatic stay in favor of Movant. ***Refer to the Statement of Amount Due under Attachment A***.

8. Thus, no adequate protection has been provided to Creditor by the Debtor(s) and / or the Trustee.

## II. LEGAL BACKGROUND

9. Section 362(a) (3) stays all actions, whether judicial or private, that seek to obtain possession of the property of the estate or of property from the estate or to exercise control over property of the estate:

> (a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303, of this title, or an application filed under section 5(a)(3) of the Security Investor Protection Act of 1970, operates as a stay, applicable to all entities, of- (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; ... (The Bankruptcy Amendments and Federal Judgment and Federal Judgeship Act of 1984, Pub L No 98-353 (1984), added to 11 USC §362(a)(3) the words "or to exercise control over property of the estate". COLLIER

ON BANKRUPTCY, Acts to Obtain Possession of Property of the Estate or Property from the Estate; §362(a) (3)

10. Paragraph (3) stays any act to obtain possession of property of the estate (that is property of the debtor as of the date of the filing of the petition) and form the estate (property over which the estate has control or possession).

11. Section 362(d)(1) of the Bankruptcy Code (11 U.S.C. 362(d)(1)) reads as follows:

> "(d) On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay – (1) for cause, including the lack of adequate protection of an interest in property of such party in interest;"

12. Under 11 U.S.C. §362(d)(1), the bankruptcy court "shall" lift the automatic stay for "cause". Under this provision, the moving party must make an initial showing of cause and upon such a showing, the burden of proof shifts to the party opposing the lift stay motion. In re Sonnax Indus., Inc., 907 F.2d 1280, 1285 (2nd Cir. 1990). Once prima facie showing of cause is proffered by a creditor seeking relief from the automatic stay, the burden of proof as to whether the automatic stay shall be continued falls upon the debtor. See 11 U.S.C. §362(g)(2).

13. In In re Uvaydov, 354 B.R. 620 (Bankr. E.D.N.Y. 2006), affirmed by In re Uvaydov, 2007 U.S. Dist. LEXIS 3627 (E.D.N.Y., Jan. 16, 2007), the court stated: "While the term "cause" is not defined in the Bankruptcy Code and the legislative history sheds little light on its meaning, it is well established under decisional law that a debtor's failure to make post-petition mortgage payments in bankruptcy rehabilitation proceedings can constitute cause for relief under §362(d)(1)". See, e.g., Ellis v. Parr (In re Ellis), 60 B.R. 432, 435 (B.A.P. 9th Cir. 1985) (affirming Bankruptcy Judge's determination that failure to make post-petition payments constitutes cause for terminating stay in a Chapter 13 case); Equitable Life Assurance Soc'y v. James River Assoc. (In re James River Assoc.), 148 B.R. 790, 797 (E.D.Va. 1992) (holding that

continued failure to make monthly payments under loan documents in a Chapter 11 case constitutes cause for granting relief from automatic stay); In re Davis, 64 B.R. 358, 359 (Bankr. S.D.N.Y. 1986) (holding that failure to make post-petition - mortgage payments warranted lifting the automatic stay in a Chapter 13 case). In In re Anglin, BAP No. MW 00-055, the United States Appellate Panel for the First Circuit affirmed an order finding cause to grant relief from the automatic stay for failure to make post-petition payments to the lender. In the case of In Re Pagán Muñoz, 07-03928-SEK13, the Court found cause to grant relief from the automatic stay "as debtors unfortunately have been unable to make their post-petition payments on their mortgage" (07-03928-SEK13, Docket No. 38).

**III. ALLEGATIONS.**

14. Debtor's failure to make timely post-petition payments to Movant constitutes cause for granting relief from the automatic stay under Section 362(d)(1) of the Bankruptcy Code.

15. As of this date, the maturity date of Lease Agreement elapsed on February 5th, 2026. Therefore, debtor owes $25,799.80 in arrears with Movant. See **Attachment A.** In light of the aforesaid, it has been demonstrated that Debtors are not complying with the direct payments to First Bank, hence, the lift of automatic stay should be granted. Furthermore, Movant hereby requests the payment of post-petition arrears, plus the filing fees in the amount of $199.00[i], hence, Debtors owe Movant $25,998.80. ***Refer to the Statement of Amount Due under Attachment A.***

**WHEREFORE**, and in view of the aforesaid, FIRSTBANK Puerto Rico respectfully requests from this Honorable Court that an order be entered granting relief from the automatic stay, allowing the creditor to commence or continue with the appropriate state collection proceeding against the property.

**RESPONSE TIME NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and additional three (3) days pursuant to Fed. R. Bankr. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. Rule 9013-1 (h).

**NEGATIVE CERTIFICATION PURSUANT TO SECTION 201(B)(4) OF THE SERVICEMEN'S CIVIL RELIEF ACT OF 2003:** I hereby declare according to the attached certification(s), provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the ARMY, NAVY, or AIR FORCES of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration. **EXHIBIT B**

## CERTIFICATE OF SERVICE

I hereby certify that on this same date the corresponding fees to file this instant contested matter were paid, a true and correct copy of the present motion and of the notice of this hearing under Title 11 USC §362, was served by regular mail to the Chapter 13 Trustee, and by certified mail to the Attorneys for Debtors at the address on record, **ROBERTO ARISTIDES FIGUEROA CARRASQUILLO** at **PO BOX 186 CAGUAS, PR 00726-0186**, TO DEBTOR **OSIRIS TALABA SANTANA** at URB SANTA JUANITA W 1 PENSACOLA ST BAYAMON, PR 00956 and to all parties in interest requesting notice.

In San Juan, Puerto Rico this **31st day** of March 2026.

**FIRSTBANK PUERTO RICO**
PO BOX 9146
SAN JUAN P.R. 00908-0146
TELEPHONE:(787)729-8135
FAX: (787) 729-8074

/S/ Hilary Franco Pujóls
USDC-PR No. 309609
hilary.franco@firstbankpr.com

---

[i] Filing fees must be paid by cashier's check or money order made payable to FirstBank Puerto Rico. The payment should be delivered to any branch of the movant, addressed to Operational Bankruptcy, internal mail number 248.

**IN THE UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| IN RE: **OSIRIS TALABA SANTANA** | **Case No.** **24-02128** |
| DEBTOR (S) | **Chapter:** **13** |
| FIRSTBANK PUERTO RICO | Index |
| MOVANT | [ ] of acts against property under 11 USC 362 (D) (2) |
| VS. | [X] of acts against property under 11 USC 365 (D) (2) |
| RESPONDENT (S) | [ ] of other acts under II USC (D) (1) 1307 |
| | [ ] of co-debtor stay under 11 USC 1201 (c) (2) or 1301 (c) (2) |

Creditor: Movant

Account Number: **XX-XX-XXXX 4071**

**STATEMENT OF AMOUNT DUE INCLUIDING A BREAKDOWN IN THE FOLLOWING CATEGORIES**

As of Date:

Per Diem Interest:

| | | | | |
|---|---|---|---|---|
| 1. | Principal Balance Due: | | $ | 25,799.80 |
| 2. | Interest Due: From: | | $ | - |
| 3. | Late Charges Due: | | $ | - |
| 4. | Advance for: | Taxes | | |
| | | Others charges | $ | - |
| 5. | Attoneys cost & fees | | $ | - |
| 6. | Any other charge | (Motion) | $ | 199.00 |
| 7. | Total | | $ | 25,998.80 |

**I, Francheska Reyes, Administrative Manager of FirstBank Puerto Rico, declares under penalty of perjury the laws of the United States that the foregoing is true and correct.**

**In San Juan, Puerto Rico this March 30, 2026.**

3/30/26

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **OSIRIS TALABA SANTANA**<br><br>DEBTOR (S)<br><br>FIRSTBANK PUERTO RICO<br>MOVANT<br><br>VS.<br><br><br>RESPONDENT (S) | **Case No.** **24-02128**<br>**Chapter:** **13** |

**STATEMENT OF INSTALLMENTS DUE**
**COST AND ATTORNEY'S FEES OWD ON PERSONAL LOANS**
**CONDITIONAL SALES CONTRACT NUMBER:**

**XX-XX-XXXX 4071**

As of March 30, 2026

**A.** PRE-PETITION

_____ Monthly installments of _____ Due _____

_____ Monthly installments of _____ Due _____

Total pre-petition installments and late charges due **$ -**

**B.** POST-PETITION

_____ Monthly installments of _____ Due _____

_____ Monthly installments of _____ Due _____

Total post-petition installments and late charges due *** ***$ 25,799.80***

****** Overdue debt, including residual.***

**C.** ATTORNEYS FEES

**TOTAL INSTALLMENTS DUE, COST AND ATTORNEYS FEES OWED**

```
AMAI          03/27/26           ACCOUNT INQUIRY          08:50:12              KO
CUR
CTL2 001  CTL3 000  CTL4 0000  ACCT xxxxxxxxxx4071       EFF DATE       03/27/26
CTL2 000  CTL3 000  CTL4 0000  CUST                      NON-ACCRUAL
SCRA IND N                     ******** RATES *********  PRECOMPUTED - ADD ON
PAYOFF              25799.80                             AUTO DR               N
ORIG LOAN AMT       71248.00   CURR RATE      7.2500000  PROD TYPE          A781
ORIG PROCEEDS       49495.00   ORIG RATE      7.2500000  PRIM OFFICER      575
LT CHG DUE            100.00   PER DIEM       0.0000000  GL KEY 070010001 21
FEES DUE              817.39   ********* DATES ********  CALL CODE          06B0
CURRENT PRIN        24882.41   CONTRACT DATE   02/15/20  ***** REPAYMENTS *****
CURRENT INT           238.92-  CURR MATURITY   02/15/26  CURR TERM            72
SCH PYMT AMT                   CLOSED DATE               PYMTS MADE           59
CUR PYMT AMT            0.00   SCHED DUE DATE  12319999  PYMTS REM             7
PAST DUE AMT        24982.41   OLDEST DUE DATE 08/15/25  MONTHS EXTD  6 REN 000
PARTIAL PAID          240.43   LAST MAINT DT   01/28/26  YTD INT COL       0.00
***************************    LST BAL CHG DT  02/06/26  INT COL PRV    1040.54
OSIRIS TALABA-SANTANA                                    ***** CREDIT HIST *****
W1 CALLE PENSACOLA                                       011 016 030 060 090 000
URB SANTA JUANITA                        COLLATERAL      009 009 002 002 016 002
BAYAMON                   PR 00956       CODE: AUTO
PH (     ) ( 787 ) 366-9803              DESC: T/1029296
PF1-NEXT STAT  PF2-PREV STAT  PF3-ADDL INFO  PF6-ESCROW
AMPCGIS1 AM7294 I: FIRST STATUS DISPLAYED                                  LAST
```

CERTIFICADO DE TITULO

# GOBIERNO DE PUERTO RICO

## DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS

## DIRECTORIA DE SERVICIOS AL CONDUCTOR

08jul2020 10:03:27 0385-12053-13527-00000000

| NUMERO DE TITULO | FECHA DE EXPEDICION | NUMERO DE REGISTRO | FECHA DE REGISTRO |
|---|---|---|---|
| A 12000177 | 08jul2020 | 11946114 | 15feb2020 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | NUM. CILINDROS |
|---|---|---|---|---|
| 1C6RR6LG4LS117346 | RAM | 1500 C | 2020 | 6 |

| CAP CARGA | PESO | NUEVO USADO | TITULO ANTERIOR | ESTADO | ODOMETRO | COLOR |
|---|---|---|---|---|---|---|
| 2,000 | 2,000 | NUEVO | Cert Orig | MI | 10 | AZUL CL |

NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL:

Nombre: FIRSTBANK PUERTO RICO

Resid: 876 AVE MUNOZ RIVERA
SAN JUAN, PR 00908

Postal: PO BOX 13817
SAN JUAN, PR 00908-3800

ESTE ES SU
TITULO DE PROPIEDAD.
CONSERVELO EN
SITIO SEGURO.

GRAVAMENES

PRIMER GRAVAMEN (VENTA CONDICIONAL)

FECHA
DIA-MES-AÑO

SEGUNDO GRAVAMEN (OTROS)

CANCELACION GRAVAMEN

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS (2) FIRMAS)

PRIMER GRAVAMEN ______________ ______ FECHA ______ FIRMA AUTORIZADA

SEGUNDO GRAVAMEN ______________ ______ FECHA ______ FIRMA AUTORIZADA

SECRETARIO DTOP
O REPRESENTANTE AUTORIZADO

NUMERO CONTROL

A- 15341995

NO ES VALIDO SI ES ALTERADO

4071

Department of Defense Manpower Data Center

Results as of : Mar-31-2026 02:42:20 PM EDT

SCRA 5.28

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-8682

Birth Date:

Last Name: TALABA SANTANA

First Name: OSIRIS

Middle Name:

Status As Of: Mar-31-2026

Certificate ID: 1F62TQ0W6FQLQ1G

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.